**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, solely in its capacities as Trustees,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISH DBS CORPORATION, DISH NETWORK L.L.C., ECHOSTAR INTERCOMPANY RECEIVABLE COMPANY, L.L.C., DISH DBS ISSUER, L.L.C., and DBS INTERCOMPANY RECEIVABLE L.L.C.,<br><br>*Defendants*. | No. 1:24-cv-3646<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff U.S. Bank Trust Company, National Association ("Plaintiff") filed a Complaint (the "Complaint") on April 26, 2024 in the Supreme Court for the State of New York, New York County, in a case styled as *U.S. Bank Trust Company, National Association, solely in its capacities as Trustees vs. DISH DBS Corporation, DISH Network L.L.C., EchoStar Intercompany Receivable Company, L.L.C., DISH DBS Issuer, L.L.C., and DBS Intercompany Receivable L.L.C.*, Index No. 652184/2024 (the "State Court Action");

WHEREAS, on May 13, 2024, Defendants DISH DBS Corporation, DISH Network L.L.C., EchoStar Intercompany Receivable Company, L.L.C., DISH DBS Issuer, L.L.C., and DBS Intercompany Receivable L.L.C. (collectively, "Defendants" and, together with "Plaintiff," the "Parties") removed the State Court Action to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties that:

AMERICAS 126976788

1. The time for Defendants to respond to the Complaint, by motion, answer, or otherwise, shall be through June 27, 2024;

2. If Defendants respond by motion, then the time for Plaintiff to file its opposition papers shall be through July 29, 2024;

3. If Defendants respond by motion, then the time for Defendants to file reply papers shall be through August 13, 2024.

[*The remainder of this page left intentionally blank*]

AMERICAS 126976788

Dated: New York, N.Y.
       May 16, 2024

| | |
|---|---|
| /s/ Samir L. Vora | /s/ Glenn M. Kurtz |
| Dennis F. Dunne | Glenn M. Kurtz |
| Lawrence G. Wee (*pro hac vice forthcoming*) | Joshua D. Weedman |
| Nelly Almeida | Dorian K. Panchyson |
| Milbank LLP | WHITE & CASE LLP |
| 55 Hudson Yards | 1221 Avenue of the Americas |
| New York, N.Y. 10001 | New York, N.Y. 10020-1095 |
| T: (212) 530-5770 | T: (212) 819-8200 |
| F: (212) 822-5770 | F: (212) 354-8113 |
| | |
| -and- | *Attorneys for Defendants* |

Andrew M. Leblanc
S. Robert Marsters, Jr. (*pro hac vice forthcoming*)
Milbank LLP
1850 K Street NW, Suite 1100
Washington, D.C. 20006
T: (202) 835-7574
F: (202) 263-7574

-and-

Samir L. Vora (*pro hac vice forthcoming*)
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
T: (424) 386-4316
F: (213) 629-5063

*Attorneys for Plaintiff*

**SO ORDERED**

Dated: May __20__, 2024

                                                   *Jessica Clarke*
                                       **Hon. Jessica G. L. Clarke**
                                       United States District Judge