UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, solely in its capacities as Trustees,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISH DBS CORP., DISH NETWORK L.L.C., ECHOSTAR INTERCOMPANY RECEIVABLE CO., L.L.C., DISH DBS ISSUER, LLC, and DBS INTERCOMPANY RECEIVABLE CO., L.L.C.,<br><br>*Defendants*. | No. 1:24-cv-3646 (JGLC)<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Joshua D. Weedman, dated June 27, 2024, and accompanying exhibits thereto, Defendants DISH DBS Corporation, DISH Network L.L.C., EchoStar Intercompany Receivable Company, L.L.C., DISH DBS Issuer, LLC, and DBS Intercompany Receivable Company L.L.C. (together, "Defendants"), by and through their undersigned counsel, White & Case LLP, will respectfully move this Court, in Courtroom 11B of 500 Pearl Street, New York, N.Y. 10007, before the Honorable Jessica G. L. Clarke, at a date and time yet to be determined, for an Order dismissing the Complaint filed by Plaintiffs U.S. Bank Trust Company, National Association, pursuant to Federal Rule of Civil Procedure 12(b)(6) with prejudice.

| | | |
|---|---|---|
| Dated: | June 27, 2024<br>New York, N.Y. | Respectfully submitted, |

                                                    */s/ Glenn M. Kurtz*

Glenn M. Kurtz
Joshua D. Weedman
Dorian K. Panchyson
WHITE & CASE LLP
1221 Avenue of the Americas
New York, N.Y. 10020-1095
T: (212) 819-8200
gkurtz@whitecase.com
jweedman@whitecase.com

*Attorneys for Defendants*

AMERICAS 126872802