# Milbank

**ANDREW M. LEBLANC**
*Partner*
1850 K Street, NW, Suite 1100  |  Washington, DC 20006
T: 202-835-7574
aleblanc@milbank.com  |  milbank.com

July 8, 2024

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**VIA ECF**

Re:  *U.S. Bank Trust Company, National Association, in its capacities as Trustees, v. DISH DBS Corporation et al.*, No. 1:24-cv-3646 (JGLC)

Dear Judge Clarke:

I write on behalf of Plaintiffs U.S. Bank Trust Company, National Association, solely in its capacities as Trustees, in the above-referenced action. Plaintiffs initiated this action by filing a complaint in the Commercial Division of New York Supreme Court, New York County, Index No. 652184/2024, against Defendants DISH DBS Corporation, DISH Network L.L.C., EchoStar Intercompany Receivable Company L.L.C., DISH DBS Issuer LLC, and DBS Intercompany Receivable L.L.C. (collectively, "Defendants"). On May 13, Defendants removed this action to this Court. *See* ECF 1. On June 27, Defendants moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF 20.

In accordance with Rule 4(e) of Your Honor's Individual Rules and Practices in Civil Cases and Federal Rule of Civil Procedure 15(a)(1), I write to advise Your Honor and Defendants that Plaintiffs intend to file an amended complaint by July 18, 2024.

Respectfully submitted,
/s/ *Andrew M. Leblanc*
Andrew M. Leblanc

cc:  Glenn Kurtz (gkurtz@whitecase.com)
Joshua Weedman (jweedman@whitecase.com)
Dorian Panchyson (dorian.panchyson@whitecase.com)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO