UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, in its capacities as Trustees,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>DISH DBS CORPORATION, DISH NETWORK L.L.C., ECHOSTAR INTERCOMPANY RECEIVABLE COMPANY L.L.C., and DBS INTERCOMPANY RECIEVABLE L.L.C.,<br><br>　　　　　　　　Defendants. | 24-CV-3646 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

　　On November 21, 2024, Plaintiffs moved for leave to file a second amended complaint. ECF No. 43. Because Defendants do not oppose the motion, *see* ECF No. 45 at 2, the motion is GRANTED. The motion to dismiss at ECF No. 29 is DENIED as moot. Plaintiffs shall file the Second Amended Complaint by **January 27, 2025**. Defendants to answer, file renewed motions to dismiss, or otherwise respond by **February 17, 2025**.

　　The Clerk of Court is directed to terminate ECF Nos. 29, 43, and 47.

Dated: January 21, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge