UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, in its capacities as Trustees,<br><br>Plaintiffs,<br><br>-against-<br><br>DISH DBS CORPORATION, DISH NETWORK L.L.C., ECHOSTAR INTERCOMPANY RECEIVABLE COMPANY L.L.C., and DBS INTERCOMPANY RECIEVABLE L.L.C.,<br><br>Defendants. | 24-CV-3646 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On November 21, 2024, Plaintiffs moved for leave to file a second amended complaint. ECF No. 43. Because Defendants do not oppose the motion, *see* ECF No. 45 at 2, the motion is GRANTED. The motion to dismiss at ECF No. 29 is DENIED as moot. Plaintiffs shall file the Second Amended Complaint by **January 27, 2025**. Defendants to answer, file renewed motions to dismiss, or otherwise respond by **February 17, 2025**.

The Clerk of Court is directed to terminate ECF Nos. 29, 43, and 47.

Dated: January 21, 2025
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge