

John Murphy
Principal
171 Madison Avenue, Suite 305
New York, NY 10016
jmurphy@johnmurphylaw.com
Tel: (646) 862-2012

May 23, 2025

**VIA ECF**

The Honorable Jessica G.L. Clarke, U.S.D.J.
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   *U.S. Bank Trust Co. v. DISH DBS Corp., et al.*
      No. 1:24-cv-3646 (JGLC)

Dear Judge Clarke:

    We represent Defendants in the above-referenced matter and, as directed by the Court in the Order dated April 16, 2025 [Dkt. No. 76], submit this letter jointly along with counsel for the Bondholders to provide an update on the Defendants' and Bondholders' meet-and-confer efforts.

    The parties have continued to make progress, but have not yet reached an agreement. While such efforts continue, the parties jointly request an additional week, to May 30, 2025, to report back to the Court as to whether any dispute remains following such further efforts. Thank you for the Court's consideration in this regard.

Respectfully submitted,



John Murphy

Counsel on Record: via ECF