UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, in its capacities as Trustees,<br><br>       Plaintiffs,<br><br>     -against-<br><br>DISH DBS CORPORATION, et al.,<br><br>       Defendants. | 24-CV-3646 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiffs U.S. Bank Trust Company, National Association ("U.S. Bank"), in its capacity as Trustees, have moved to substitute Wilmington Savings Fund Society, FSB ("WSFS"), in its capacity as Successor Trustees, as the plaintiffs in this case. *See* ECF Nos. 117, 119. Defendants consent to this substitution. ECF No. 120 at 2.

Accordingly, the Court GRANTS the Motion to Substitute Party. The Clerk of Court is respectfully directed to replace U.S. Bank with Wilmington Savings Fund Society, FSB, in its capacity as Successor Trustees, as the plaintiffs in this case and terminate ECF Nos. 117 and 119.

Dated: February 17, 2026
      New York, New York

                                   SO ORDERED.

                                   *Jessica Clarke*

                                   JESSICA G. L. CLARKE
                                   United States District Judge